Case 1:09-cv-04391-ENV -RLM Document 5 Filed 11/06/09 Page 1 of 1

# FISH & RICHARDSON P.C.

Citigroup Center
153 East 53rd Street,
52nd Floor
New York, New York
10022-4611

Telephone
212 765-5070

Facsimile
212 258-2291

Web Site
www.fr.com

Frederick P. Fish
1855-1930

W.K. Richardson
1859-1951

ATLANTA
AUSTIN
BOSTON
DALLAS
DELAWARE
MUNICH
NEW YORK
SAN DIEGO
SILICON VALLEY
TWIN CITIES
WASHINGTON, DC

*VIA ECF*

November 5, 2009

The Honorable Brian M. Cogan
United States District Court
Eastern District of New York
225 Cadman Plaza
Brooklyn, New York 11201

Re: *Powertech Association LLC v. Taiwan Sumida Electronics, Inc. et al.*
09-CV-04391 (BMC)

Dear Judge Cogan:

We are counsel to Plaintiff Powertech Association LLC in the above-captioned matter. We write to respectfully request that the Court adjourn the date for the Initial Status Conference, currently scheduled for November 30, 3009, because no Defendant has yet been served.

On October 13, 2009, Plaintiff commenced this action by filing its Complaint. On October 14, 2009, the Court issued a scheduling order, setting the Initial Status Conference for November 30, 2009 at 10:45 a.m. The Court's Order also set certain deadlines for mandatory requirements leading up to the Initial Status Conference.

Currently, Plaintiff is in the process of effecting service on Defendants, however no defendant has yet been served. Accordingly, in order that the Initial Status Conference fully serve its intended objectives, Plaintiff respectfully requests that the Court adjourn the Initial Status Conference for approximately 45 days, until Friday, January 15, 2010, if convenient to the Court. Plaintiff likewise requests that the Court adjourn the deadlines for the associated mandatory requirements leading up to the conference. The Court should also be informed that Plaintiff may seek to relate this case to an earlier-filed case pursuant to Local Civil Rule 50.3.1 at the appropriate time.

Plaintiff has not made any prior requests for an adjournment. Because no Defendant has yet been served, no consent to this request may be obtained.

Respectfully submitted,

[signature]

Matthew L. Levine

SO ORDERED:
/s/
Roanne L. Mann
U.S. Magistrate Judge
Dated: 11/9/09

This case has been reassigned to Judge Vitaliano and the undersigned magistrate judge. Plaintiff's request to adjourn the November 30th conference is granted in substantial part. The conference is adjourned sine die, pending defendants' appearances in the action.